# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BERTINA WOODSON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:19cv463-HSO-JCG |
| | § | |
| **BP EXPLORATION & PRODUCTION, INC.** and **BP AMERICA PRODUCTION COMPANY** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

In accord with the Order entered this date, all claims asserted by Plaintiff Bertina Woodson against Defendants BP Exploration & Production, Inc., and BP American Production Company are dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 27th day of October, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE